UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE HILL, ) | | No. EDCV 09-769 CW |
| Plaintiff, ) | | JUDGMENT |
| v. ) | | |
| MICHAEL J. ASTRUE, ) Commissioner, Social Security ) Adminstration, ) | | |
| Defendant. ) | | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED: November 30, 2009


_____/S/_____
CARLA M. WOEHRLE
United States Magistrate Judge